UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RUBEN JOSEPH CORTEZ,            **CLASS A MISDEMEANOR INFORMATION**

        Defendant.
_____/

The United States Attorney charges:

### Assault by Striking, Beating, or Wounding

On or about November 7, 2025, in Chippewa County, in the Western District of Michigan, Northern Division, on lands held in trust by the United States for the benefit of the Bay Mills Indian Community, Defendant,

**RUBEN JOSEPH CORTEZ,**

a non-Indian, assaulted Victim, an Indian, by striking, beating, and wounding.

18 U.S.C. § 113(a)(4)
18 U.S.C. § 1151
18 U.S.C. § 1152

                      TIMOTHY VERHEY
                      United States Attorney

Date: November 14, 2025

                      THEODORE J. GREELEY
                      Assistant United States Attorney